**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

---

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Big Storm Pinellas, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-3226518** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **12707 49th Street N.** **Suite 500** **Clearwater, FL 33762** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Pinellas** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Big Storm Pinellas, LLC**  Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 2

| Debtor | **Big Storm Pinellas, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| | Debtor | **The Center for Special Needs Trust Administration, Inc.** | Relationship | **Common Ownership** |
|---|---|---|---|---|
| | District | **Middle District of Florida Tampa Division** When **2/09/24** | | Case number, if known **8:24-bk-00676-RCT** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Big Storm Pinellas, LLC**     Case number (*if known*)
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2025**
                MM / DD / YYYY

**X**   **/s/ Joshua Rizack**          **Joshua Rizack**
Signature of authorized representative of debtor      Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X**   **/s/ Jake C. Blanchard**      Date **June 13, 2025**
Signature of attorney for debtor            MM / DD / YYYY

**Jake C. Blanchard**
Printed name

**Blanchard Law, P.A.**
Firm name

**8221 49th Street N.**
**Pinellas Park, FL 33781**
Number, Street, City, State & ZIP Code

Contact phone   **727-531-7068**      Email address   **jake@jakeblanchardlaw.com**

**055438 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Big Storm Pinellas, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Funding Group<br>17542 17th St.<br>Ste. 200<br>Tustin, CA | | | Disputed | | | $83,871.00 |
| Apex<br>1 Walnut Grove<br>Ste. 300<br>Horsham, PA 19044 | | | Disputed | | | $65,333.00 |
| City of Orlando<br>PO Box 74308<br>Atlanta, GA 30374 | | | Disputed | | | $68,644.75 |
| CMJ Centro Ybor, LLC<br>200 S. Michigan Ave.<br>C/O Fairbourne Properties<br>Chicage, IL | | | Disputed | | | $167,762.76 |
| County Malt Group<br>PO Box 51602<br>Los Angeles, CA 90051 | | | Disputed | | | $35,486.77 |
| Duke Energy<br>PO Box 1094<br>Charlotte, NC 28201 | | | Disputed | | | $66,404.34 |
| Holingberry and Sons, Inc.<br>PO Box 966<br>Yakima, WA 98907 | | | Disputed | | | $137,370.83 |
| Hopsteiner | | | Disputed | | | $85,737.79 |
| Keg Logistics LLC<br>PO Box 912908<br>Denver, CO 80291 | | | Disputed | | | $45,017.49 |

Debtor **Big Storm Pinellas, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Orange Blossom Funding**<br>12707 49th St. N.<br>Ste. 900<br>Clearwater, FL 33762 | | | Disputed | | | $56,588.70 |
| **Pawnee Leasing Corporation**<br>3801 Automation Way<br>Ste. 207<br>Fort Collins, CO 80525 | | | Disputed | | | $137,525.37 |
| **Pinellas County Utilities**<br>PO Box 30128<br>Tampa, FL 33631 | | Water | Disputed | | | $27,599.32 |
| **Saxco International, LLC**<br>PO Box 848701<br>Los Angeles, CA 90084 | | | Disputed | | | $48,353.22 |
| **The Pampering Plumber**<br>13128 State Road 54<br>Odessa, FL 33556 | | | Disputed | | | $132,013.00 |
| **TimePayment**<br>200 Summint Drive<br>Ste. 100<br>Burlington, MA 01803 | | | Disputed | | | $54,644.73 |
| **Trenam Law**<br>PO Box 1102<br>Tampa, FL 33601 | | | Disputed | | | $31,127.88 |
| **US Small Business Admin** | | No Address | Disputed | | | $26,600.00 |
| **US Small Business Administra** | | No Address | Disputed | | | $150,000.00 |
| **Wildpack Beverage**<br>1301 Edison Hwy<br>Ste. A-2<br>Baltimore, MD 21213 | | | Disputed | | | $167,762.76 |
| **Ybor District Cooling**<br>3614 W. Cypress St.<br>Tampa, FL 33607 | | | Disputed | | | $1,045,567.71 |

Big Storm Pinellas, LLC
12707 49th Street N.
Suite 500
Clearwater, FL 33762

All Turf Lawn & Landscape
PO Box 147
Port Richey, FL 34673

BCL Partners Fund
12707 49th St. N.
Clearwater, FL 33762

Jake C. Blanchard
Blanchard Law, P.A.
8221 49th Street N.
Pinellas Park, FL 33781

Alliance Funding Group
17542 17th St.
Ste. 200
Tustin, CA

Black Dog Firewood
7716 Benjamin Rd.
Tampa, FL 33634

717 Parking
1523 North Franklin St.
Tampa, FL 33602

American Single Malt Whiskey
2931 First Ave. S.
Ste. B
Seattle, WA 98134

BMI
PO Box 630893
Cincinnati, OH 45263

Able Tape and Packaging
2930 Shannon Circle
Palm Harbor, FL 34684

Apex
1 Walnut Grove
Ste. 300
Horsham, PA 19044

BrewerLong PLLC
407 Wekiva Springs Road
Ste. 241
Longwood, FL 32779

Able Tape and Packaging LLC
2930 Shannon Circle
Palm Harbor, FL 34684

AquaChill Inc
PO Box 60548
Saint Petersburg, FL 33784

City of Largo Environmental
5100 150th Ave. N.
Clearwater, FL 33760

ADP, Inc.
PO Box 842875
Boston, MA 02284

Aromatech Flavorings
7001 McCoy Rd.
Ste. 200
Orlando, FL 32822

City of Largo Finance Dept

ADT Security Svcs
PO Box 371878
Pittsburgh, PA 15250

ASCAP
21678 Network Place
Chicago, IL 60673

City of Orlando
PO Box 74308
Atlanta, GA 30374

Air Products and Chemicals
PO Box 71200
Charlotte, NC 28272-2000

Austin Colby Company
12707 49th St. N.
Clearwater, FL 33762

City of Orlando Utilities
Orlando Venues
400 W. Church St.
Ste. 200
Orlando, FL 32801

Airgas USA
PO Box 734672
Dallas, TX 75373

BayTech Label
12177 28th St. N.
Saint Petersburg, FL 33716

City of Pinellas Park
PO Box 1337
Pinellas Park, FL 33780

| | | |
|---|---|---|
| CMJ Centro Ybor, LLC<br>200 S. Michigan Ave.<br>C/O Fairbourne Properties<br>Chicage, IL | DirecTV<br>PO Box 5006<br>Carol Stream, IL 60197 | Holingberry and Sons, Inc.<br>PO Box 966<br>Yakima, WA 98907 |
| Comcast<br>PO Box 71211<br>Charlotte, NC 28272 | Duke Energy<br>PO Box 1094<br>Charlotte, NC 28201 | Hopsteiner |
| Commercial Applianced Parts<br>PO Box 772980<br>Detroit, MI 48277 | El Ray Development<br>2535 Success Dr.<br>Odessa, FL 33556 | Hygiena LLC<br>1801 W. Olympic Blvd.<br>Pasadena, CA 91199 |
| County Malt Group<br>PO Box 51602<br>Los Angeles, CA 90051 | Encompass Technologies<br>420 Linden St<br>Ste. 200<br>Fort Collins, CO 80524 | JoeBucsFan.com<br>PO Box 15435<br>Clearwater, FL 33766 |
| Coverall North America<br>2955 Momentum Place<br>Chicago, IL 60689 | Everon<br>PO Box 872987<br>Kansas City, MO 64187 | Keg Logistics LLC<br>PO Box 912908<br>Denver, CO 80291 |
| Cozzini Bros<br>350 Howard Ave<br>Des Plaines, IL 60018 | FCCI Insurance Gp<br>PO Box 405563<br>Atlanta, GA 30384 | L&E Capers LLC<br>5956 SW 1st Ave<br>Cape Coral, FL 33914 |
| Creative Printing & Design<br>1009 Pine Street<br>Orlando, FL 32824 | FCS Incorporated<br>3813 126th Ave N<br>Clearwater, FL 33762 | L&N Label Company<br>2051 Sunnydale Blvd.<br>Clearwater, FL 33765 |
| Crown Lift Truck<br>PO Box 641173<br>Cincinnati, OH 45264 | Grainger<br>PO Box 419267<br>Kansas City, MO 64141 | LCEC<br>PO Box 31477<br>Tampa, FL 33631 |
| D&S Pallets<br>PO Box 18019<br>Clearwater, FL 33762 | Gusmer Enterprises<br>PO Box 18769<br>Newark, NJ 07191 | McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680 |

MCS Pro
4700 140th Ave N.
Ste. 102
Clearwater, FL 33762

Neoguard Pest Control
5950 Lakehurst Dr.
Ste. 102
Orlando, FL 32819

Nextera Energy
PO Box 25426
Miami, FL 33102

NuCO2
PO Box 417902
Boston, MA 02241

Orange Blossom Funding
12707 49th St. N.
Ste. 900
Clearwater, FL 33762

Pace Analytical Svcs
PO Box 684056
Chicago, IL 60695

Pawnee Leasing Corporation
3801 Automation Way
Ste. 207
Fort Collins, CO 80525

Petersons Transport
76222 Wood Violet Dr.
Gibsonton, FL 33534

Philadelphia Insurance Comp
PO Box 70251
Philadelphia, PA 19176

Phillies Florida LLC
601 N. Old Coachman Road
Clearwater, FL 33765

Pinellas County Tax Collecto
PO Box 31149
Tampa, FL

Pinellas County Utilities
PO Box 30128
Tampa, FL 33631

Prime Air Conditioning
4595 118th Ave. N.
Clearwater, FL 33762

Pristine TLC Group
PO Box 50964
Fort Myers, FL 33994

ProGuard
PO Box 32027
New York, NY 10087

Prozimity Malt
644 S. 5th Street
Milwaukee, WI 53204

Pye-Barker Fire & Safety
PO Box 735358
Dallas, TX 75373

QPPS Inc
203 N. Armenia Ave.
Ste. 102
Tampa, FL 33609

Quick, Inc
PO Box 92352
Las Vegas, NV 89193

R.J.L. Pension Svcs
7254 Mitchell Blvd
New Port Richey, FL 34655

Regulatory Compliance Svcs
PO Box 1779
Tallahassee, FL 32302

Restaurant 365
500 Technology Dr.
Ste. 200
Irvine, CA 92618

Roberts Oxygen Company, Inc.
PO Box 5507
Rockville, MD 20855

Rochester Midland Corp
PO Box 64462
Rochester, NY 14642

Royal Tees
5556 Palmer Rd.
Sarasota, FL 34232

Saxco International, LLC
PO Box 848701
Los Angeles, CA 90084

Shield Screen LLC
PO Box 120208
Dallas, TX 75312

Sovereign Flavors
4020 W. Chandler Ave
Santa Ana, CA 92704

The Pampering Plumber
13128 State Road 54
Odessa, FL 33556

US Small Business Admin

Spectrum (Charter Comm)
PO Box 7195
Pasadena, CA 91109

Thiago Landscaping
1972 East Skyline Dr.
Clearwater, FL 33763

US Small Business Administra

Spot On Entertainment
5528 Palmer Circle
Unit 101
Bradenton, FL 34211

Thomas Sign & Awning Co
4590 118th Ave. N.
Clearwater, FL 33762

Vestis
22619 Network Place
Chicago, IL 60673

Suburban Propane
PO Box 260
Whippany, TX 79810

TimePayment
200 Summit Drive
Ste. 100
Burlington, MA 01803

VSC Fire & Security
PO Box 71207
Charlotte, NC 28272

Sunburst Entertainment Gp.
One Tropicana Dr.
Saint Petersburg, FL 33705

Trenam Law
PO Box 1102
Tampa, FL 33601

VT Info Processing
402 Watertower Circle
Owen, WI 54460

SupplyOne Tampa Bay
PO Box 74007651
Chicago, IL 60674

Trov Corp of Central FL
471 Autumn Oaks Place
Lake Mary, FL 32746

Warren Averett LLC
45 Eglin Pkwy NE
Ste. 301
Fort Walton Beach, FL 32548

Systems Design Engineering
1032 James Dr.
Leesport, PA 19533

Turner Pest Control
PO Box 952503
Atlanta, GA 31192

Waste Management
PO Box 4648
Carol Stream, IL 60197

Tampa Weekly LLC
633 N. Franklin St.
Ste. 735
Tampa, FL 33602

TWC Services
PO Box 14496
Des Moines, IA 50306

Waster Pro
PO Box 946208
Atlanta, GA 30394

Terry Supply Co.
6211 17th St. E.
Bradenton, FL 34203

Ultra Pure Bottled Water
5202 S. Lois Ave
Tampa, FL 33611

Wildpack Beverage
1301 Edison Hwy
Ste. A-2
Baltimore, MD 21213

Wright One Inc.
PO Box 67390
Saint Petersburg, FL 33736


Yakina Chief Hops
306 Division St
Yakima, WA 98902


Ybor District Cooling
3614 W. Cypress St.
Tampa, FL 33607